Noble Supply Logistics

26-11369

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| HONRADO | ALBERTO | 2 UNITS CORPORATION | 2 units corporation | Video and Audio |
| Landon | Aano | | Creditor | Video and Audio |
| Julie | Aberasturi | Cole Schotz P.C. | Debtors | Video and Audio |
| Antonio | Aguilera | Otterbourg P.C. | | Video and Audio |
| Robert | Albergotti | PORTAGE POINT PARTNERS | Debtors | Video and Audio |
| Justin | Alberto | Cole Schotz P.C. | Debtors | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Tristan | Axelrod | Brown Rudnick LLP | | Audio Only |
| Rose | Bagley | Herbert Smith Freehills Kramer (U.S) | | Audio Only |
| Phoebe | Bakos | BankruptcyData | N/A - Media | Audio Only |
| Troy | Bollman | Young Conaway Stargatt & Taylor, LLP | | Video and Audio |
| Gary | Campbell | | Debtors | Video and Audio |
| Sarah | Carnes | Cole Schotz P.C. | Debtors | Video and Audio |
| Linda | Casey | Office of United States Trustee | U.S. Trustee | Video and Audio |
| Mihai | Ciuta | SC COMPETDAC SRL | SC COMPETDAC SRL, creditor | Video and Audio |
| Harriet | Cohen | Brown Rudnick LLP | | Audio Only |
| Catherine | Corey | | | Audio Only |
| John | Crawford | | Public | Audio Only |
| Anthony | De Leo | Cole Schotz P.C. | Debtors | Video and Audio |
| Reuben | Dizengoff | McDermott Will & Schulte LLP | Blue Torch Finance LLC | Video and Audio |
| Jack | Dougherty | Cole Schotz P.C. | Debtors | Video and Audio |
| Daniel | Fiorillo | Otterbourg P.C. | | Video and Audio |
| Dennis | Fiorillo | OTTERBOURG, P.C. | JP Morgan Chase Bank, N.A., as Prepetition ABL Age | Video and Audio |
| David | Friedlander | PORTAGE POINT PARTNERS | Debtors | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Evan | Gershbein | KCC dba Verita Global | KCC dba Verita Global | Video and Audio |
| Natalie | Gibson | Cole Schotz P.C. | Debtors | Video and Audio |
| Arkady | Goldinstein | SRV Partners, LLC | | Audio Only |
| Adam | Harris | McDermott Will & Schulte LLP | Blue Torch Finance LLC | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Patrick | Holohan | | | Audio Only |
| David | Hurst | McDermott Will & Schulte LLP | Blue Torch Finance LLC | Video and Audio |
| KUMIKO | KAWAMURA | NAKAMURA KIZAI Co. | | Video and Audio |
| Jeff | Kaplan | | | Video and Audio |
| John | Knight | Richards, Layton & Finger, P.A. | JP Morgan Chase Bank, N.A., as Prepetition ABL Age | Video and Audio |
| Emily | Lever | | | Audio Only |
| Jessica | Liong | Brown Rudnick LLP | | Audio Only |
| Benjamin | Loveland | Goodwin Procter | Denis Murphy | Video and Audio |
| Beverly | Manne | Tucker Arensberg, P.C. | Fisher Scientific | Video and Audio |
| Jon | McElhannon | PORTAGE POINT PARTNERS | Debtors | Video and Audio |
| Jennifer | McLemore | Williams Mullen | Interested Party | Video and Audio |
| Allison | Mielke | Young Conaway Stargatt & Taylor, LLP | PGIM Capital Partners VI, L.P. | Video and Audio |
| Michael | Mueller | Williams Mullen | Gavial Holdings, Inc. | Video and Audio |
| Patrick | Nash | patrick.nash@kirkland.com | 3.13E+09 | Video and Audio |
| Tom | Noble | | Debtors | Video and Audio |
| David | Queroli | Richards, Layton & Finger | JP Morgan Chase Bank, N.A., as Prepetition ABL Age | Video and Audio |
| Nolley | Rainey | McDermott Will & Schulte LLP | Blue Torch Finance LLC | Video and Audio |
| Uday | Rao | PORTAGE POINT PARTNERS | Debtors | Video and Audio |
| Kory | Rasmussen | | Creditor | Video and Audio |
| Lauri | Rasmussen | | Creditor | Video and Audio |
| Rae | Rasmussen | | Creditor | Video and Audio |
| Patrick | Reilley | Cole Schotz P.C. | Debtors | Video and Audio |

Noble Supply Logistics

26-11369

| | | | | |
|---|---|---|---|---|
| Samantha | Ruppenthal | 9fin | | Audio Only |
| Zachary | Shapiro | Richards, Layton & Finger, P.A. | JP Morgan Chase Bank, N.A., as Prepetition ABL Age | Video and Audio |
| Michael | Sirota | Cole Schotz P.C. | Debtors | Video and Audio |
| Todd | Snyder | | | Audio Only |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | JP Morgan Chase Bank, N.A., as Prepetition ABL Age | Video and Audio |
| Charles | Sterrett | Kirkland & Ellis LLP | Debtors | Video and Audio |
| Akiko | Sugiyama | Oak Corporation | | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Amanda | Tersigni | Cole Schotz P.C. | Debtors | Video and Audio |
| Michael | Tomback | | | Audio Only |
| Seth | Van Aalten | Cole Schotz P.C. | Debtors | Video and Audio |
| Elizabeth | Wiegman | | | Audio Only |
| Nikki | Williams | | | Audio Only |
| Alex | Wittenberg | | | Audio Only |
| Misao | Yamamoto | | | Audio Only |