**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Noble Supply & Logistics, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11369 (CTG)<br><br>Tax I.D. No. 04-2767926 |
| In re:<br><br>COTS Solutions, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11370 (CTG)<br><br>Tax I.D. No. 45-2674477 |
| In re:<br><br>Federal Resources Supply Company, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11371 (CTG)<br><br>Tax I.D. No. 52-2133636 |
| In re:<br><br>FRS Holdings, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11372 (CTG)<br><br>Tax I.D. No. 80-0782327 |
| In re:<br><br>K.D. Analytical Consulting, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11373 (CTG)<br><br>Tax I.D. No. 20-4796637 |
| In re:<br><br>KDA Acquisition, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11374 (CTG)<br><br>Tax I.D. No. 81-1805870 |

| | |
|---|---|
| In re:<br><br>Noble Defense Corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11375 (CTG)<br><br>Tax I.D. No. N/A |
| In re:<br><br>Noble Equity Holdings, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11376 (CTG)<br><br>Tax I.D. No. 87-2890851 |
| In re:<br><br>Noble.com, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11377 (CTG)<br><br>Tax I.D. No. 87-2544712 |
| In re:<br><br>Noble Mission Support, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11378 (CTG)<br><br>Tax I.D. No. 87-0827908 |
| In re:<br><br>Tactical & Survival Specialties, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11379 (CTG)<br><br>Tax I.D. No. 54-1542266 |

**ORDER (I) DIRECTING JOINT ADMINISTRATION**
**OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (i) directing the joint administration of the Chapter 11 Cases for procedural purposes only, (ii) waiving the

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

requirement that notices provided in the Chapter 11 Cases strictly comply with Bankruptcy Rule 2002(o) and implementing a simplified caption to be used in all case pleadings, and (iii) granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Motion under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the docket for Debtor Noble Supply & Logistics, LLC, Case No. 26-11369.

3. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Noble Supply & Logistics, LLC, *et al.*, | Case No. 26-11369 (___) |
| Debtors.[1] | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Noble Supply & Logistics, LLC (7926); COTS Solutions, LLC (4477); Federal Resources Supply Company, LLC (3636); FRS Holdings, LLC (2327); K.D. Analytical Consulting, LLC (6637); KDA Acquisition, LLC (5870); Noble Defense Corporation (N/A); Noble Equity Holdings, LLC (0851); Noble.com, LLC (4712); Noble Mission Support, LLC (7908); and Tactical & Survival Specialties, LLC (2266). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 1 Marina Park Drive, Suite 220, Boston, MA 02210.

4. The foregoing caption fully satisfies the policies behind the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(o).

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors, other than Noble Supply & Logistics, LLC, to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of Noble Supply & Logistics, LLC, Case No. 26-11369 (___); COTS Solutions, LLC, Case No. 26-11370 (___); Federal Resources Supply Company, LLC, Case No. 26-11371 (___); FRS Holdings, LLC, Case No. 26-11372 (___); K.D. Analytical Consulting, LLC, Case No. 26-11373 (___); KDA Acquisition, LLC, Case No. 26-11374 (___); Noble Defense Corporation, Case No. 26-11375 (___); Noble Equity Holdings, LLC, Case No. 26-11376 (___); Noble.com, LLC, Case No. 26-11377 (___); Noble Mission Support, LLC, Case No. 26-11378 (___); and Tactical & Survival Specialties, LLC, Case No. 26-11379 (___). The docket in Case No. 26-11369 (___) should be consulted for all matters affecting this case. All further pleadings and other

> papers shall be filed in and all further docket entries shall be made on the docket of Noble Supply & Logistics, LLC, Case No. 26-11369 (___).

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating these Chapter 11 Cases.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and such notice satisfies the requirements of the Bankruptcy Rules and the Local Rules.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 1st, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**