# SIGN-IN SHEET

**JUDGE**: Goldblatt COURTROOM: 7

**CASE NUMBER** 26-11369 **CASE NAME**: Noble Supply Logistics, LLC **DATE**: 9/16/2026 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ADAM HARRIS | MCDERMOTT WILL & SCHULTE | PREPETITION SECURED TERM LOAN PARTIES |
| REUBEN DIZENGOFF | | |
| ALASTAIR GESMUNDO | U.S. DOJ. | United States (& TLA) |
| Andrew Mark | McDermott Will Schulte | Prepetition Secured Term Loan Parties |
| David Dean | Cole Schotz | Debtors |
| Seth Van Aalten | | |
| Anthony De Leo | | |
| Jack Dougherty | | |
| Linda Casey | UST | UST |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Noble Supply Logistics, LLC
26-11369

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Landon | Aano | | GJB and Associates | Video and Audio |
| Julie | Aberasturi | Cole Schotz P.C. | Debtors | Video and Audio |
| Antonio | Aguilera | | JP Morgan Chase | Video and Audio |
| Vincent | Alexander | Shutts & Bowen LLP | | Video and Audio |
| Vincent | Alexander | Shutts & Bowen LLP | | Video and Audio |
| Rick | Archer | Law360 | Law360 | Audio Only |
| Tristan | Axelrod | Brown Rudnick LLP | | Audio Only |
| Rose | Bagley | Herbert Smith Freehills Kramer (U.S) | | Video and Audio |
| Phoebe | Bakos | BankruptcyData | Media | Audio Only |
| George | Balchunas | TUCKER ARENSBERG, P.C. | Thermo Fisher Scientific | Video and Audio |
| George | Balchunas | TUCKER ARENSBERG, P.C. | Thermo Fisher Scientific | Video and Audio |
| Callan | Berry | Blue Torch Capital | Blue Torch Finance LLC | Video and Audio |
| Troy | Bollman | Young Conaway Stargatt & Taylor, LLP | | Video and Audio |
| Becky | Brothman | Ballard Spahr LLP | | Video and Audio |
| Gary | Campbell | | Debtors | Video and Audio |
| Sarah | Carnes | Cole Schotz P.C. | Debtors | Video and Audio |
| Amita | Chatterjee | Octus | | Audio Only |
| Anthony | Clark | Greenberg Traurig, LLP | Rich Global Solutions GmbH | Video and Audio |
| Catherine | Corey | | | Audio Only |
| Sean | Cunniff | U.S. Department of Justice | Affiant for the United States | Video and Audio |
| John | Cygan | PORTAGE POINT PARTNERS | Debtors | Video and Audio |
| Anthony | De Leo | Cole Schotz P.C. | Debtors | Video and Audio |
| Tamar | Dolcourt | Foley & Lardner LLP | various creditors | Video and Audio |
| Lauren | Eastburn | Ice Miller LLP | Interested Party | Video and Audio |
| Daniel | Fiorillo | | JP Morgan Chase | Video and Audio |
| David | Friedlander | PORTAGE POINT PARTNERS | Debtors | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Clara | Geoghegan | Law360 | | Audio Only |
| Arkady | Goldinstein | SRV Partners | | Audio Only |
| Uday | Gorrepati | | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Leslie | Heilman | Ballard Spahr LLP | | Video and Audio |
| David | Hurst | McDermott Will & Schulte LLP | Blue Torch Finance LLC | Video and Audio |
| David | Hurst | McDermott Will & Schulte LLP | Blue Torch Finance LLC | Video and Audio |
| Jeff | Kaplan | | | Video and Audio |
| Jeff | Kaplan | | | Video and Audio |

Noble Supply Logistics, LLC
26-11369

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael | | Sweet | | Fox Rothschild | | | Interested Party | | | | Audio Only | | | |
| DVIR | | WEINBERG | | | | | | | | | Video and Audio | | | |
| Jeffrey | | Waxman | | Morris James LLP | | | Interested Party | | | | Video and Audio | | | |
| Erin | | Williamson | | Ballard Spahr LLP | | | | | | | Video and Audio | | | |
| Rebecca | | Winthrop | | Fulbright & Jaworski L.L.P. | | | Unsecured Creditor | | | | Video and Audio | | | |
| Alex | | Wittenberg | | | | | | | | | Audio Only | | | |
| Alex | | Wittenberg | | | | | | | | | Audio Only | | | |
| David | | Zubkis | | | | | | | | | Audio Only | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |